UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott R. Miller, Esq. – SRM-3701
203 Easton Avenue
New Brunswick, NJ 08901
732-249-0404 Phone
732-249-9494 Fax
Attorney for Debtor(s)

Order Filed on August 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles & Frances Breese

Case No.: 13-38198

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 25, 2016

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Scott R. Miller, Esq. _____, the applicant, is allowed a fee of $ ____400.00____ for services rendered and expenses in the amount of $ ____0.00____ for a total of $ ____400.00____. The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ____310.00____ per month for ____20____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*