UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott R. Miller, Esq. – SRM-3701
203 Easton Avenue
New Brunswick, NJ 08901
732-249-0404 Phone
732-249-9494 Fax
Attorney for Debtor(s)

Order Filed on August 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles & Frances Breese

Case No.: 13-38198

Chapter: 13

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 25, 2016**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Scott R. Miller, Esq. _____, the applicant, is allowed a fee of $ ____400.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____400.00____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ____310.00____ per month for ____20____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Charles Alfred Breese, Sr  
Frances Breese  
    Debtors

Case No. 13-38198-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 25, 2016  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2016.  
db/jdb          Charles Alfred Breese, Sr,     Frances Breese,    1 Columbus Dr.,    Franklin Park, NJ    08823-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC  
        bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       Jaclyn Christine Clemmer    on behalf of Creditor    Bayview Loan Servicing, LLC  
        jclemmer@schillerknapp.com,  
        tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
       Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
        bankruptcynotice@zuckergoldberg.com  
       Scott R. Miller    on behalf of Joint Debtor Frances Breese srmbk@optonline.net  
       Scott R. Miller    on behalf of Debtor Charles Alfred Breese, Sr srmbk@optonline.net  
                                                                                                        TOTAL: 7