Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–38198–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles Alfred Breese Sr
1 Columbus Dr.
Franklin Park, NJ 08823–1725

Frances Breese
1 Columbus Dr.
Franklin Park, NJ 08823–1725

Social Security No.:
  xxx–xx–5931                              xxx–xx–6688

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: September 7, 2018          Michael B. Kaplan
                                  Judge, United States Bankruptcy Court